IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO.: |
| | : | 1:22-CR-00452-MHC-JSA |
| THOMAS W. O'BRIEN | : | |
| | : | |
| Defendant. | : | |

## REPORT AND RECOMMENDATION

This matter is before the Court on Defendant's Motion to Suppress Statements [25], which seeks to suppress all statements made to either the Atlanta Police or the FBI during the Defendant's detention on November 29, 2022. At the pretrial conference on August 18, 2023, counsel for the Government represented that the Government would not introduce any such statements into evidence during its case-in-chief. Thus, as the parties agreed, the instant Motion to Suppress can be denied as moot.

Accordingly, the Court **RECOMMENDS** that the Motion to Suppress [25] be **DENIED AS MOOT**.

This matter is **READY FOR TRIAL**.

**IT IS SO ORDERED** this 25th day of August, 2023.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE

1